**Order entered December 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01261-CV

## EX PARTE MICHEAL GEROD MCGREGOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1459-W**

## ORDER

We **GRANT** appellant's December 18, 2015 motion for extension of time to file reply

brief and **ORDER** the brief be filed no later than January 13, 2016.


         /s/      CRAIG STODDART
                 JUSTICE